IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| BENJAMIN BOWAY | Violations:  18 U.S.C. § 1028A(a)(1); and 26 U.S.C. § 7206(2) |

## GENERAL ALLEGATIONS

1.  At all times relevant to this Indictment, BENJAMIN BOWAY ("BOWAY"), owned and operated a tax preparation business, Bennie Tax Services, in Mapleton, North Dakota. BOWAY held himself out as a tax professional and charged clients a fee for the preparation of tax returns.

2.  In connection with the preparation and filing of tax returns, Forms 1040 and 1040A are individual income tax returns, which taxpayers and/or tax preparers acting on a taxpayer's behalf submit to the Internal Revenue Service ("IRS") on a yearly basis, wherein taxpayers report items including income, certain expenses, deductions, and tax.

3.  In connection with the preparation and filing of tax returns for tax years 2014, 2015, 2016, and 2017, BOWAY prepared federal income tax returns using, among other forms, Forms 1040 and 1040A, and submitted and caused to be submitted such forms to the IRS on behalf of clients.

## COUNTS ONE THROUGH THIRTEEN

### Aiding in Preparation of False Tax Returns

The Grand Jury Charges:

1. The allegations in Paragraph 1 through 3 are realleged and incorporated by reference as though fully set forth herein.

2. On or about the dates listed below, in the District of North Dakota,

### BENJAMIN BOWAY,

a resident of Mapleton, North Dakota, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, United States Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and tax years specified below. The returns were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim credits for items and in amounts specified below, whereas, as the defendant then and there well knew and believed, the taxpayers were not entitled to claim credits in said amounts:

| Count | Taxpayer(s) | Tax Year And Form | Approximate Date Of Offense | False Material Matters | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 1 | Isaac Scere | 2016<br><br>Form 1040 | 2/20/17 | Line 6c – False Dependent<br><br>Line 72 – Credit For Federal Tax On Fuels | $1,256<br><br><br>$5,239<br><br><br>Total:<br><br>$6,495 |
| 2 | Lawrence Sweegaye | 2017<br><br>Form 1040 | 2/18/18 | Line 6c – False Dependent<br><br>Line 54c – Alternative Motor Vehicle Credit | $2,440<br><br><br>$1,549<br><br><br>Total:<br><br>$3,989 |
| 3 | Victoria Tokpawhiea | 2017<br><br>Form 1040 | 2/18/18 | 54c – Alternative Motor Vehicle Credit | $2,000 |

| Count | Taxpayer(s) | Tax Year And Form | Approximate Date Of Offense | False Material Matters | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 4 | Lorenzo Darker | 2017 Form 1040A | 3/14/18 | 6c – False Dependent<br><br>31 – Credit For Child And Dependent Care Expenses | $3,632<br><br>$598<br><br>Total:<br><br>$4,230 |
| 5 | Samuel Dau & Aziku John Lagu | 2017 Form 1040 | 3/12/18 | 6c – Missing Dependent<br><br>49 – Credit For Child And Dependent Care Expenses<br><br>54c – Alternative Motor Vehicle Credit | N/A<br><br>$840<br><br>$4,300<br><br>Total:<br><br>$5,140 |
| 6 | Terry Cotton | 2017 Form 1040 | 3/12/18 | 54c – Alternative Motor Vehicle Credit | $1,200 |

| Count | Taxpayer(s) | Tax Year And Form | Approximate Date Of Offense | False Material Matters | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 7 | Martin Smith | 2014 Form 1040A | 2/27/15 | 6c – False Dependent | $3,345 |
|   |   |   |   | 31 – Credit For Child And Dependent Care Expenses | $780 Total: $4,125 |
| 8 | Martin Smith | 2015 Form 1040 | 2/16/16 | 6c – False Dependents | $3,891 |
| 9 | Martin Smith | 2016 Form 1040 | 2/12/17 | 6c – False Dependents | $4,506 |
| 10 | Martin Smith | 2017 Form 1040A | 2/10/18 | 6c – False Dependent | $3,944 |

| Count | Taxpayer(s) | Tax Year And Form | Approximate Date Of Offense | False Material Matters | Approximate Amount Claimed |
|---|---|---|---|---|---|
| 11 | Joyce Yeanay | 2016 Form 1040 | 3/3/17 | 40 – Itemized Deductions<br><br>72 – Credit For Federal Tax On Fuels | $712<br><br>$897<br><br>Total:<br><br>$1,609 |
| 12 | Joyce Yeanay | 2017 Form 1040 | 3/15/18 | 6c – Missing Dependent<br><br>54c – Alternative Motor Vehicle Credit | N/A<br><br>$5,200 |
| 13 | Leona Allison | 2017 Form 1040A | 3/24/18 | 6c – False Dependent<br><br>31 – Credit For Child And Dependent Care Expenses | $4,126<br><br>$870<br><br>Total:<br><br>$4,996 |

In violation of Title 26, United States Code, Section 7206(2).

## COUNT FOURTEEN

**Aggravated Identity Theft**

The Grand Jury Further Charges:

On or about March 14, 2018, in the District of North Dakota,

BENJAMIN BOWAY

did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A, to wit: Wire Fraud, as defined in 18 U.S.C. § 1343, knowing that the means of identification belonged to another actual person, to wit: I.A.'s personal identification information, including but not limited to I.A.'s Social Security number.

In violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT FIFTEEN

**Aggravated Identity Theft**

The Grand Jury Further Charges:

On or about March 24, 2018, in the District of North Dakota,

BENJAMIN BOWAY

did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A, to wit: Wire Fraud, as defined in 18 U.S.C. § 1343, knowing that the means of identification belonged to another actual person, to wit: A.Y.'s personal identification information, including but not limited to A.Y.'s Social Security number.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

MAH/ljc